AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

_Middle_ DISTRICT OF _Pennsylvania_

Joel King

v.

Commonwealth

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

**$: CV00-1389**

I, _Joel King CZ9499_, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

FILED
SCRANTON
AUG 07 2000
PER _____
DEPUTY CLERK

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

RECEIVED
SCRANTON
AUG 03 2000
MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☑
   b. Rent payments, interest or dividends?   Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☑
   d. Gifts or inheritances?   Yes ☑   No ☐
   e. Any other sources?   Yes ☐   No ☑

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-29-2000
                (Date)

_Joel King C-29499_
Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____   _____ <br> United States Judge    Date | _____   _____ <br> United States Judge    Date <br> or Magistrate |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE    7/31/2000
REMOTE PRINT TIME  9:45           FROM PURGE FILE            PAGE           1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| CZ9499 | KING | JOE | | -43.44 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9910 | 10-18-1999 | 34 | RADIO/TV BASIC/HBO | -33.76 | -77.20 |
| 6851 | 10-19-1999 | 13 | PERSONAL GIFT FROM FLEMING, VIRGIE  D661120 | 75.00 | -2.20 |
| 7048 | 11-15-1999 | 13 | PERSONAL GIFT FROM FLEMING, VIRGIE  D679753 | 130.00 | 127.80 |
| 7058 | 11-15-1999 | 44 | ORGANIZATIONAL ISLAMIC FUND | -5.00 | 122.80 |
| 7063 | 11-16-1999 | 31 | OUTSIDE PURCHASES FOR: UNION SUPPLY COMPANY | -37.99 | 84.81 |
| 7072 | 11-17-1999 | 38 | INSIDE PURCHASES FOR: VENDACARD #145 | -12.00 | 72.81 |
| 8321 | 11-17-1999 | 32 | WAM COMMISSARY FOR 11/18/1999 | -44.69 | 28.12 |
| 9911 | 11-18-1999 | 34 | RADIO/TV BASIC/HBO | -33.76 | -5.64 |
| 9912 | 12-16-1999 | 34 | RADIO/TV BASIC/HBO | -33.76 | -39.40 |
| 7326 | 12-27-1999 | 37 | POSTAGE | -.55 | -39.95 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>      -39.95
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE   7/31/2000
REMOTE PRINT TIME  9:45          FROM PURGE FILE                 PAGE         1

   INMATE     NAME
   NUMBER     LAST              FIRST          MI           STARTING BALANCE
   CZ9499     KING              JOE                               -39.95

   BATCH       DATE                                      TRANSACTION   BALANCE AFTER
     #       MO DY YEAR    TRANSACTION DESCRIPTION         AMOUNT       TRANSACTION

   7382     01-05-2000  37  POSTAGE
                                                             -.33         -40.28
   7465     01-18-2000  13  PERSONAL GIFT FROM
                            FLEMING, VIRGIE  D661899        70.00          29.72
   7468     01-18-2000  38  INSIDE PURCHASES
                            FOR: VENDACARD #215             -3.00          26.72
   7473     01-19-2000  37  POSTAGE
                                                            -3.20          23.52
   8019     01-19-2000  32  WAM COMMISSARY
                            FOR  1/20/2000                 -26.19          -2.67
   7573     02-03-2000  13  PERSONAL GIFT FROM
                            HUGHLEY, JUANITA  D836696       30.00          27.33
   7586     02-04-2000  37  POSTAGE
                                                            -1.65          25.68
   7602     02-07-2000  38  INSIDE PURCHASES
                            FOR: VENDACARD #375            -10.00          15.68
   7603     02-08-2000  13  PERSONAL GIFT FROM
                            FLEMING, VIRGIE  D669526        60.00          75.68
   7615     02-09-2000  37  POSTAGE
                                                             -.44          75.24
   7622     02-09-2000  44  ORGANIZATIONAL
                            ISLAMIC COMMUNITY               -5.00          70.24
   8040     02-09-2000  32  WAM COMMISSARY
                            FOR  2/10/2000                 -44.56          25.68
   7627     02-10-2000  37  POSTAGE
                                                            -5.23          20.45
   7627     02-10-2000  37  POSTAGE
                                                            -4.96          15.49
   7627     02-10-2000  37  POSTAGE
                                                             -.55          14.94
   8047     02-16-2000  32  WAM COMMISSARY
                            FOR  2/17/2000                  -6.64           8.30
   7710     02-24-2000  35  DENTAL/GLASSES
                            EYEGLASSES - EYEGLASS ARMS (2)  -1.88           6.42
   7718     02-25-2000  37  POSTAGE
                                                            -3.42           3.00
   7718     02-25-2000  37  POSTAGE
                                                            -3.64           -.64
   7718     02-25-2000  37  POSTAGE
                                                             -.55          -1.19
   7754     03-02-2000  37  POSTAGE
                                                             -.44          -1.63
   7754     03-02-2000  37  POSTAGE
                                                             -.99          -2.62
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE  7/31/2000
REMOTE PRINT TIME   9:45           FROM PURGE FILE              PAGE          2

   INMATE     NAME
   NUMBER     LAST                 FIRST            MI
   CZ9499     KING                 JOE

 BATCH       DATE                                      TRANSACTION  BALANCE AFTER
   #      MO DY YEAR     TRANSACTION DESCRIPTION         AMOUNT      TRANSACTION

 9003    03-16-2000  34  RADIO/TV
                         BASIC/HBO                        -36.76        -39.38
 7871    03-17-2000  34  RADIO/TV
                         BASIC/HBO FEB   2000             -36.76        -76.14

                    BALANCE AFTER THESE TRANSACTIONS------>              -76.14
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM            RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING           DATE   7/31/2000
REMOTE PRINT TIME  9:45             FROM ACTIVE FILE                PAGE          1

   INMATE      NAME
   NUMBER      LAST              FIRST            MI          STARTING BALANCE
   CZ9499      KING              JOE                                -76.14

  BATCH       DATE                                         TRANSACTION  BALANCE AFTER
    #      MO DY YEAR      TRANSACTION DESCRIPTION            AMOUNT     TRANSACTION

    82   04-19-2000   13   PERSONAL GIFT FROM
                           FLEMING, VIRGIE   D143275            50.00        -26.14
   130   04-26-2000   37   POSTAGE
                                                                 -.33        -26.47
   247   05-16-2000   13   PERSONAL GIFT FROM
                           FLEMING, VIRGIE   C405365            50.00         23.53
   249   05-16-2000   39   LEGAL FEES
                           PLRA/INITIAL FEE/CV-00482           -11.33         12.20
   246   05-16-2000   37   POSTAGE
                                                                 -.01         12.19
  8138   05-17-2000   32   WAM COMMISSARY
                           FOR  5/18/2000                      -10.10          2.09
   309   05-24-2000   37   POSTAGE
                                                                -5.85         -3.76
   404   06-08-2000   37   POSTAGE
                                                                 -.77         -4.53
  9006   06-15-2000   34   RADIO/TV
                           BASIC ONLY                          -24.04        -28.57
   473   06-20-2000   13   PERSONAL GIFT FROM
                           KING, K   E664784                    40.00         11.43
   521   06-27-2000   13   PERSONAL GIFT FROM
                           FLEMING, V.   E904438               100.00        111.43
   528   06-28-2000   39   LEGAL FEES
                           PLRA/20% GIFT/CV-00482               -8.00        103.43
   528   06-28-2000   39   LEGAL FEES
                           PLRA/20% GIFT/CV-00482              -20.00         83.43
  8180   06-28-2000   32   WAM COMMISSARY
                           FOR  6/29/2000                      -34.96         48.47
   549   06-30-2000   38   INSIDE PURCHASES
                           ISLAMIC COMMUNITY                   -10.00         38.47
   567   07-05-2000   31   OUTSIDE PURCHASES
                           ACCESS CATALOG                       -3.00         35.47
   591   07-07-2000   44   ORGANIZATIONAL
                           FOR: ISLAMIC COMMUNITY FUND          -8.00         27.47
  9007   07-17-2000   34   RADIO/TV
                           BASIC ONLY                          -24.04          3.43
   659   07-18-2000   37   POSTAGE
                                                                -1.43          2.00
   724   07-27-2000   37   POSTAGE
                                                                 -.01          1.99
   739   07-28-2000   37   POSTAGE
                                                                 -.33          1.66

                               BALANCE AFTER THESE TRANSACTIONS------>        1.66
```