IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| JOE KING, | * |
| Petitioner, | * |
| | * |
| VS. | * NO: 1:CV-00-1389 |
| | * |
| RAYMOND COLLERAN, Superintendent | * |
| SCI-Waymart, | * |
| Respondent. | * |

PETITIONER'S MOTION FOR EXTENSION OF TIME

COMES NOW, Joe King, petitioner in the above captioned case matter Respectfully submitting his PETITIONER'S MOTION FOR EXTENSION OF TIME to this Honorable Court. Petitioner offers the following in support of his cause:

1. Petitioner avers that on/or about August 11, 2000 he filed a Writ of Habeas Corpus to the Prothonotary of this Honorable Court seeking relief from a conviction on March 12, 1996.

2. Petitioner avers that on/or about August 14, 2000 this most Honorable Court issued a Memorandum and Order for the petitioner to amend his petition and demonstrate his exhaustion of the issues presented filing said amendment by September 15, 2000.

3. petitioner avers that prior to receiving this order the petitioner was confined in the Restrictive Housing Unit of SCI-Waymart, and was unable to contact his writ writer, upon release from the RHU petitioner contacted the writer on the 11th of September thereby not allowing enough time for the writer to perfect the amendments.

4. Petitioner avers that an extention of ten (10) days is needed to perfect the amendments and he is requesting same from this Honorable Court.

WHEREFOR, the above stated reasons and in the interest of justice Petitioner Prays this Honorable Court Grant the Prayer of this motion.

respectfully submitted,

Joe King, CZ-9499

P.O. Box 256

Waymart, Pa. 18472

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petition and any attachments thereof by U.S. mail to the following parties at the below listed addresses:

Hon. Sylvia H. Rombo
Federal Bldg
Third & Walnut
Hbg PA 17108

David Barasch, U.S. Attorney
Federal Bldg Third & Walnut
Hbg, PA 17108

Respectfully submitted,

Dated: 9-14-2000

Joel King CZ9499

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256