9-20-00
m↑

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOE KING, : CIVIL NO. 1:CV-00-1389
    Petitioner :
v. :
RAYMOND COLLERON, Superintendent, :
    Respondent :

FILED
HARRISBURG, PA

SEP 2 0 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

**ORDER**

    By order dated August 14, 2000, this court ordered Petitioner to file an amended petition demonstrating exhaustion of state remedies no later than September 15, 2000. On September 19, 2000, Petitioner filed a motion for extension of time to comply with that order. Upon consideration thereof, **IT IS HEREBY ORDERED THAT** the motion is granted. The deadline for filing an amended petition is extended to September 29, 2000.

SYLVIA H. RAMBO
United States District Judge

Dated: September 20, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 20, 2000

Re:  1:00-cv-01389    King v. Attorney General of

True and correct copies of the attached were mailed by the clerk to the following:

```
Joe King
SCI-WAYMART
CZ-9499
P.O. Box 256
Route 6
Waymart, PA  18472-0256
```

```
cc:
Judge                         (X )
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )     Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen   ( )
                                        DA of County  ( )    Respondents   ( )

Bankruptcy Court              ( )
Other_____      ( )
```

MARY E. D'ANDREA, Clerk

DATE: September 20, 2000                      BY: _____
                                                  Deputy Clerk