See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE KING,<br><br>    Petitioner<br><br>v.<br><br>RAYMOND COLLERAN,<br>Superintendent; and ATTORNEY<br>GENERAL OF PENNSYLVANIA,<br><br>    Respondents | CIVIL ACTION NO. 1:CV-00-1389<br><br>**FILED**<br>HARRISBURG, PA<br><br>OCT 0 4 2000<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>    Deputy Clerk |

## ORDER

On August 11, 2000 Petitioner filed a petition for habeas corpus and an application to proceed in forma pauperis. On August 14, 2000 the court ordered that Petitioner amend his habeas petition to demonstrate whether he had exhausted his state remedies. On September 28, 2000 Petitioner filed an amendment to his petition for writ of habeas corpus which states that the Supreme Court of Pennsylvania affirmed the lower state court's denial of his Post Conviction Relief Act petition on August 22, 2000. Accordingly, **IT IS HEREBY ORDERED THAT:**

    1) Plaintiff is granted leave to proceed in forma pauperis;

    2) Respondents shall show cause within twenty (20) days of the date of this order why Petitioner should not be granted habeas corpus relief;

    3) A determination as to whether or not Petitioner should be produced for a hearing will be held in abeyance pending the filing of a response; and

4) Petitioner shall, if he so desires, file a reply to the response to the show-cause order within fifteen (15) days of its filing.

SYLVIA H. RAMBO
United States District Judge

Dated: October 4, 2000.

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                              October 4, 2000


Re:   1:00-cv-01389    King v. Attorney General of


True and correct copies of the attached were
to the following:


      Joe King
      SCI-WAYMART
      CZ-9499
      P.O. Box 256
      Route 6
      Waymart, PA  18472-0256



cc:
Judge                              ( )
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to Complt. and served by
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                (✓) with Petition attached & mailed certified mail
                                       to: US Atty Gen  ( )   PA Atty Gen  (✓)
                                           DA of County ( )   Respondents  (✓)

Bankruptcy Court                   ( )
Other _____     ( )

                                                     MARY E. D'ANDREA, Clerk


DATE:  _____10/4/00_____          BY: _____
                                          Deputy Clerk
```

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Recipient's Name: [illegible]
Street: Strawberry Sq.
City, State, ZIP: Hbg Pa. 17120

Recipient's Name: Francis Filipi
Street: Strawberry Sq.
City, State, ZIP: Hbg Pa 17120

Recipient's Name: Raymond Colleran, Supt.
Street: SCI Waymart P.O. Bx 256 RR 6
City, State, ZIP: Waymart, Pa 18472