| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): E. Davis    B. Date of Delivery: 10/6/0<br>C. Signature X E. Davis   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Raymond Colleran, Supt.<br>SCI Waymart, P.O.Box 256<br>R.R.#6<br>Waymart, Pa. 18472 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0600 0027 5713 4314    1-cv-00-1389    1 of 3 S. Order 10/4/00 (R) | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789 | |

FILED
HARRISBURG

OCT 1 1 2000

MARY E. D'ANDREA, CLE
Per _____
DEPUTY CLERK

1-CV-00-1389
S. Cause ord
10/4/00