ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

JOE KING,                              *
                                       *
    VS.                                * NO:1:CV-00-1389
                                       *
RAYMOND COLLERAN, Superintendent       *
SCI-Waymart,                           *

FILED
HARRISBURG

OCT 23 2000

MARY E. D'ANDREA, CL[ERK]
Per_____
DEPUTY CLERK

PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Joe King, Petitioner in the above captioned case matter Respectfully submitting to this Honorable Court his PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL. Petitioner offers the following in support of his cause;

1. Petitioner avers that he has pending before this Honorable Court his Petition for Writ of Habeas Corpus, § 2254 and at this time feels the need for counsel to aid him in his quest for relief.

2. Petitioner avers that he is unknowledgable in the law and does not feel he can continue his quest for relief without counsel provided, further as the petitioner is presently incarcerated he does not have the resources and funds available to retain counsel or aid.

3. Petitioner avers that the issues presented to this Honorable Court are with merit and present violations by the lower state court of the United States Constitution and the Constitution of the Commonwealth of Pennsylvania, which will gain the relief requested by the petitioner.

4. WHEREFORE, the above stated reasons and in the Interest of Justice Petitioner Prays this Honorable Court Grant this Motion and appoint counsel to the Petitioner.

Respectfully submitted,

Joe King CZ-9499
JOE KING, CZ-9499
P.O. BOX 256
Waymart, Pa. 18472

Dated: 10-20- 2000.