IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE KING, | CIVIL ACTION NO. 1:CV-00-1389 |
| Petitioner, | |
| v. | FILED |
| RAYMOND COLLERAN, Superintendent; and ATTORNEY GENERAL OF PENNSYLVANIA, | HARRISBURG, PA  OCT 25 2000 |
| Respondents. | MARY E. D'ANDREA, CLERK  Per _____ Deputy Clerk |

## ORDER

Before the court are two motions: Petitioner's motion for appointment of counsel, and Respondents' motion to extend time in which to file its response to the petition for writ of habeas corpus. Upon consideration of the motions, **IT IS HEREBY ORDERED THAT:**

1) Petitioner's motion for appointment of counsel is **DENIED**;[1]

2) Respondents' motion to extend time to file its response to the habeas petition is **GRANTED**,[2] and the Respondents shall file their response on or before November 23, 2000.

SYLVIA H. RAMBO
United States District Judge

Dated: October 25, 2000.

---

[1] The court notes that it reserves the right to sua sponte reconsider Petitioner's motion at a future date.

[2] However, no additional continuances will be granted in favor of Respondents.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 25, 2000

Re:  1:00-cv-01389    King v. Attorney General of

True and correct copies of the attached were mailed by the clerk to the following:

```
Joe King
SCI-WAYMART
CZ-9499
P.O. Box 256
Route 6
Waymart, PA  18472-0256

Francis T. Chardo II, Esq.
Dauphin County District Attorney's Office
Front & Market Sts.
Harrisburg, PA  17101
```

```
cc:
Judge                         (X )
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen    ( )   PA Atty Gen   ( )
                                      DA of County   ( )   Respondents   ( )

Bankruptcy Court              ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: October 25th, 2000                                BY: _____
                                                            Deputy Clerk