ORIGINAL

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

JOE KING,                    )
                             )
        VS.                  ) NO: 1: CV-00-1389
                             )
RAYMOND COLLERAN,            )
                             )

FILED
HARRISBURG
DEC 15 2000
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER

COMES NOW, Joe King, Petitioner in the above captioned case matter Respectfully submitting to this Honorable Court his Motion for an Extension of Time to File Answer. Petitioner offers the following in support of his cause;

1. Petitioner avers that on/or about November of 2000, the Commonwealth filed answer to the present § 2254 Writ of Habeas Corpus instantly before this Honorable Court.

2. Petitioner avers that with the holiday and other concern with health and time, he has not been able to complete his rebuttal answer on time to send to this Honorable Court, further the writ writer has had family concerns and been unable to complete the answer.

3. Petitioner avers that for the above stated reasons, he is requesting another ten (10) days to file said answer/rebuttal.

WHEREFORE, Petitioner Prays this Honorable Court Grant the Prayer of this Motion and Grant ten days to Petitioner to complete and file his rebuttal.

Respectfully submitted,
Joe King, CZ-9499
P.O. Box 256
Waymart, Pa. 18472

Dated: December 8, 2000

PROOF OF SERVICE

I, JOE KING, DO HEREIN CERTIFY THAT I HAVE SERVED TRUE AND CORRECT COPIES OF THE ATTACHED CASE MATTER TO THE PERSON(S) LISTED BELOW. SERVICE BY U.S. MAIL:

Clerk of Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

Dauphin County District Attorney's Office
Dauphin County Courthouse
Front and Market Streets
Harrisburg, Pa. 17101

Raymond Colleran, Superintendent
SCI Waymart
P.O. Box 256
Waymart, Pa. 18472  (Institutional Mail)

Respectfully submitted
joe king, CZ-9499
p.o. box 256
Waymart, Pa. 18472

*[signature: Joe King]*

Dated: December 8, 2000