IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOE KING, : CIVIL NO. 1:CV-00-1389
: 
Petitioner :
:
v. :
: **FILED**
RAYMOND COLLERON, Superintendent, : HARRISBURG, PA
:
Respondent : DEC 18 2000
: MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

Before the court is Petitioner's "motion for an extension of time to file answer," which seeks an extension of ten days time to file a reply brief to his petition for writ of habeas corpus. Upon consideration thereof, **IT IS HEREBY ORDERED THAT** the motion is granted. The deadline for filing Petitioner's reply brief is extended to December 28, 2000.

SYLVIA H. RAMBO
United States District Judge

Dated: December 18, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 18, 2000

Re:   1:00-cv-01389    King v. Attorney General of

True and correct copies of the attached were mailed by the clerk
to the following:

    Joe King
    SCI-WAYMART
    CZ-9499
    P.O. Box 256
    Route 6
    Waymart, PA   18472-0256

    Francis T. Chardo II, Esq.
    Dauphin County District Attorney's Office
    Front & Market Sts.
    Harrisburg, PA   17101

```
cc:
Judge                            (X )
Magistrate Judge                 (  )
U.S. Marshal                     (  )
Probation                        (  )
U.S. Attorney                    (  )
Atty. for Deft.                  (  )
Defendant                        (  )
Warden                           (  )
Bureau of Prisons                (  )
Ct Reporter                      (  )
Ctroom Deputy                    (  )
Orig-Security                    (  )
Federal Public Defender          (  )
Summons Issued                   (  )  with N/C attached to complt. and served by:
                                       U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5              (  )
Order to Show Cause              (  )  with Petition attached & mailed certified mail
                                       to:  US Atty Gen  (  )    PA Atty Gen (  )
                                            DA of County (  )    Respondents (  )

Bankruptcy Court                 (  )
Other_____   (  )
```

                                                            MARY E. D'ANDREA, Clerk

DATE: December 18th, 2000                              BY: _____
                                                            Deputy Clerk